UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
MAR 15  11 19 AM '00
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 17, DAWN E. ALLEN, ET AL. | CIVIL ACTION<br><br>NUMBER 90-4389<br>c/w  91-0857<br>91-0858 |
| -versus- | |
| | SECTION "E", MAG. 4 |
| THE STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF HEALTH AND HOSPITALS | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

This matter was heard on July 27, 1995 for trial of the questions of liability only for claims of certain of the plaintiffs who are or were employees of the Washington Correctional Institute, Department of Corrections, State of Louisiana, said claims arising under the Fair Labor Standards Act, 28 U.S.C. 201, et seq. ("FLSA"). Judgment was rendered with regard to said trial pursuant to Federal Rules of Civil Procedure Article 54(b) on August 19, 1996.

The referenced Judgment was appealed to the Court of Appeals for the United States Fifth Circuit Court of Appeals and said Judgment was reversed and remanded as it pertains to the claims of certain plaintiffs for uncompensated roll call, said Judgment being rendered on June 25, 1998. In addition to the above and pursuant to said holding of the United States Fifth Circuit Court of Appeals also pending before this Court was the setting of reasonable attorneys fees and costs to be charged to Defendant herein. Also in addition thereto was a pending claim for uncompensated overtime

(unrelated to the matter previously tried) submitted on behalf of Thomas Turmel, former employee of the Southwest Louisiana Developmental Center also named Defendant in these proceedings.

      Present:      Gilbert R. Buras, Jr., representing the plaintiffs; and

                      W. Brian Babin, representing the State of Louisiana, through Washington Correctional Institute, Department of Corrections–Correction Services and Southwest Louisiana Developmental Center and Southwest Louisiana Developmental Center.

Counsel for Plaintiffs and Defendant represented that by joint stipulation, the referenced parties hereto have resolved the following issues by joint stipulation submitted to this Court that:

1. Uncompensated overtime liability of said Defendant to the sixteen (16) plaintiffs from WCI classified as "Correction Sergeants" namely,

> Ronald J. Bertoniere, Thomas R. Breland, Troy B. Breland, Gilbert J. Brown, Joseph E. Cerniglia, Jr., Tammy G. Duncan, Shelton Dyess, Harry J. Forbes, Guy D. Hammond, Paul W. Hebert, Titus R. Lawrence, John M. McElveen, Harry L. Powell, Jerry E. Rodgers, Gerald Smith and Shannon E. Stewart,

is in the amount of $13,680.05.

2. Liability for Defendant as concerns the above-named plaintiffs for liquidated damages will be a sum equivalent to 75% of the uncompensated overtime, being the sum of $10,260.04.

3. Defendants' liability with regard to the payment of attorneys fees and costs to counsel for the above named Plaintiffs is set at the total figure of $50,000.00.

4. Liability of Defendant, Southwest Louisiana Developmental Center, for uncompensated overtime due to Plaintiff Thomas Turmel is stipulated to be $800.00, for which Defendant, Southwest Louisiana Developmental Center assumes liability.

In view of the joint stipulations of counsel read into the record of these proceedings in Open Court on November 8, 1999;

**IT IS ORDERED, ADJUDGED AND DECREED** that the State of Louisiana, Department of Public Safety and Corrections–Correction Services and Washington Correctional Institute, with regard to the following named Plaintiffs,

> Ronald J. Bertoniere, Thomas R. Breland, Troy B. Breland, Gilbert J. Brown, Joseph E. Cerniglia, Jr., Tammy G. Duncan, Shelton Dyess, Harry J. Forbes, Guy D. Hammond, Paul W. Hebert, Titus R. Lawrence, John M. McElveen, Harry L. Powell, Jerry E. Rodgers, Gerald Smith and Shannon E. Stewart,

is liable for payment of uncompensated overtime in the amount of $13,680.05.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the State of Louisiana, Department of Public Safety and Corrections–Correction Services and Washington Correctional Institute is further liable to the referenced plaintiffs for liquidated damages in the amount of $10,260.04 with the specific liability with regard to each named plaintiff for uncompensated overtime and pro rata interests in the referenced liquidated damages ("UOT and LD") being as follows:

| Plaintiff | UOT and LD |
|---|---|
| Ronald J. Bertoniere | $1,845.83 |
| Thomas R. Breland | 2,985.03 |
| Troy B. Breland | 2,939.95 |
| Gilbert J. Brown | 609.02 |
| Joseph E. Cerniglia, Jr. | 1,699.16 |
| Tammy G. Duncan | 583.36 |
| Shelton Dyess | 1,723.74 |
| Harry J. Forbes | 2,113.33 |
| Guy D. Hammond | 1,572.50 |
| Paul W. Hebert | 366.76 |

| | |
|---|---:|
| Titus R. Lawrence | 666.92 |
| John M. McElveen | 945.04 |
| Harry L. Powell | 2,516.34 |
| Jerry E. Rodgers | 825.96 |
| Gerald Smith | 1,502.50 |
| Shannon E. Stewart | 1,044.65 |
| **TOTAL** | **$23,940.09** |

**BE IT FURTHER ORDERED AND DECREED** that the State of Louisiana, Department of Public Safety and Corrections–Correction Services and Washington Correctional Institute is hereby liable to plaintiffs' counsel, Gilbert R. Buras, Jr., as payment for attorneys fees and costs in the sum of $50,000.00;

**IT IS FINALLY ORDERED, ADJUDGED AND DECREED** that Defendant, Southwest Developmental Center, is hereby liable to plaintiff, Thomas Turmel, for uncompensated overtime in the amount of $800.00.

New Orleans, Louisiana, this _14_ day of _March_, 2000.

_____
MARCEL LIVAUDAIS, JR.
United States District Judge