

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

JAN 09 2001 3:55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 17, DAWN E. ALLEN, et al | CIVIL ACTION |
| versus | NO. 90-4389 c/w 91-0857 and 91-0858 |
| THE STATE OF LOUISIANA THROUGH THE DEPARTMENT OF HEALTH AND HOSPITALS | SECTION: E/4 |

## J U D G M E N T

Considering the record, the Findings and Conclusions entered this date on the claim of James D. Rhodes against the State of Louisiana, the numerous previous dismissals of other claimants, the previous Rule 54(b) Judgment, and the law, for the reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of plaintiff James D. Rhodes, and against the

1

DATE OF ENTRY
JAN 1 0 2001

Fee_____
Process____
X  Dktd____
✓ CtRmDep__
Doc.No. 167

defendant, the State of Louisiana, through the Department of Wildlife and Fisheries, for actual damages in the total sum of **TWENTY-ONE THOUSAND FOUR HUNDRED THIRTY-EIGHT AND 19/100 ($ 21,438.19) DOLLARS**, for liquidated damages in the sum of **TWENTY-ONE THOUSAND FOUR HUNDRED THIRTY-EIGHT AND 19/100 ($ 21,438.19) DOLLARS** together with reasonable attorney's fees and costs, and interest from the date of judgment.

**IT IS FURTHER ORDERED** that all other claims brought by all other plaintiffs against all other defendants be and are hereby **DISMISSED** as having been previously adjudicated or abandoned.

New Orleans, Louisiana, January _9_, 2001.

_____
**MARCEL LIVAUDAIS, JR.**
United States District Judge

2