UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE AMERICAN FEDERATION OF STATE, | * | CIVIL ACTION |
| COUNTY AND MUNICIPAL EMPLOYEES, | * | |
| COUNCIL 17, DAWN E. ALLEN, ET AL. | * | |
| | * | NUMBER 90-4389 |
| | * | c/w  91-0857 |
| | * | 91-0858 |
| -versus- | * | |
| | * | |
| | * | SECTION: E/4 |
| | * | |
| THE STATE OF LOUISIANA, | * | |
| THROUGH THE DEPARTMENT OF | * | |
| HEALTH AND HOSPITALS | * | |

### NOTICE OF APPEAL TO THE FIFTH CIRCUIT COURT OF APPEALS FROM A JUDGMENT OF THE EASTERN DISTRICT COURT OF LOUISIANA

Notice is hereby given that the State of Louisiana, through the Louisiana Department of Wildlife and Fisheries, defendant in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from a Judgment dated January 9, 2001, entered in this action on the 10th day of January, 2001. This appeal pertains to that part of said Judgment which states as follows:

> IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment herein favor of plaintiff James D. Rhodes, and against the defendant, the State of Louisiana, through the Department of Wildlife and Fisheries, for actual damages in the total sum of TWENTY-ONE THOUSAND FOUR HUNDRED THIRTY-EIGHT AND 19/100 ($21,438.19) DOLLARS, for liquidated damages in the sum of TWENTY-ONE THOUSAND FOUR HUNDRED THIRTY-EIGHT AND 19/100 ($21,438.19) DOLLARS together with reasonable attorney's fees and costs, and interest from the date of judgment.

Page 1 of 2

COUNSEL FOR DEFENDANT

By _W. Brian Babin_
W. Brian Babin
Special Assistant Atty General
Bar Roll No. 2635
704 S. Foster Drive
Baton Rouge, LA 70806
Telephone: (225) 924-5779

## CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES, BY MAILING IT BY FIRST CLASS UNITED STATES MAIL, PROPERLY ADDRESSED AND POSTAGE PREPAID ON THIS 2ND DAY OF FEBRUARY, 2001

_W. Brian Babin_