No. 01-30212

CA 91-857 E
CA 91-858 E
CA 90-4389 E

THE LOCAL 889 AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 17; ET AL

        Plaintiffs

JAMES D RHODES

        Plaintiff - Appellee

v.

STATE OF LOUISIANA, Etc; ET AL

        Defendants

STATE OF LOUISIANA, through the Department of Health and Hospitals

        Defendant - Appellant

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED JUN 2 6 2001
LORETTA G. WHYTE
CLERK

### ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 25th day of June, 2001, see FED. R. APP. P. 42(b).

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

By: Monica Washington, Deputy Clerk

        FOR THE COURT - BY DIRECTION

UNITED STATES FIFTH CIRCUIT COURT OF APPEAL

Case No. 01-30212

THE LOCAL 889 AMERICAN FEDERAL OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 17; ET AL

        Plaintiffs

JAMES D RHODES

        Plaintiff - Appellee

v.

STATE OF LOUISIANA, ETC; ET AL

        Defendants

STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF HEALTH AND HOSPITALS

        Defendant - Appellant

U.S. COURT OF APPEALS
FILED
JUN 2 2 2001
CHARLES R. FULBRUGE III
CLERK

## MOTION BY APPELLANT FOR DISMISSAL OF APPEAL

NOW INTO COURT, through undersigned counsel, comes the State of Louisiana through the Louisiana Department of Wildlife & Fisheries ("Appellant") who represents that this case has been settled through the Court's Appellate Conference Program and that in view of said settlement, this Motion is unopposed by Plaintiff-Appellee, James D. Rhodes, through counsel, Gilbert R. Buras, Jr.

Respectfully submitted:

By_____
W. Brian Babin
Special Assistant Atty General
Bar Roll No. 2635
704 S. Foster Drive
Baton Rouge, LA 70806
Telephone: (225) 924-5779
Counsel for Defendant-Appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been this date served upon Gilbert R. Buras, Jr., attorney for Plaintiff-Appellee, Suite 2800, One Canal Place, 365 Canal Street, New Orleans, Louisiana 70130.

Baton Rouge, Louisiana, this 20TH day of June, 2001.

Respectfully submitted:

By _____
W. Brian Babin
Special Assistant Atty General
Bar Roll No. 2635
704 S. Foster Drive
Baton Rouge, LA 70806
Telephone: (225) 924-5779